COMMONWEALTH of Pennsylvania,
Respondent

v.

Daniel Scott MUZZY, Petitioner

No. 400 WAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

### ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Petitioner

v.

Jon LEE, Respondent

No. 377 WAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

### ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Demetrius D. GIBSON, Petitioner

No. 374 WAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

### ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**